FILED
CLERK, U.S. DISTRICT COURT

8/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                   June 2021 Grand Jury

10   UNITED STATES OF AMERICA,          CR   2:21-cr-00375-DSF

11          Plaintiff,                  I N D I C T M E N T

12          v.                          [18 U.S.C. § 1029(a)(3):
                                        Possession of Fifteen or More
13   DANIEL PINTO,                      Unauthorized Access Devices; 18
                                        U.S.C. § 1028A(a)(1): Aggravated
14          Defendant.                  Identity Theft; 18 U.S.C.
                                        § 1029(a)(4): Possession of
15                                      Device-Making Equipment; 18 U.S.C.
                                        §§ 982 and 1029: Criminal
16                                      Forfeiture]

17

18       The Grand Jury charges:

19                          COUNT ONE

20                   [18 U.S.C. § 1029(a)(3)]

21       On or about August 1, 2018, in Los Angeles County, within the

22   Central District of California, defendant DANIEL PINTO, knowingly and

23   with intent to defraud, possessed at least fifteen unauthorized

24   access devices (as defined in Title 18, United States Code, Sections

25   1029(e)(1) and (3)), namely, approximately 677 credit card and bank

26   account numbers and 27 social security numbers, all belonging to

27   persons other than defendant PINTO, with said possession affecting

28   interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about August 1, 2018, in Los Angeles County, within the Central District of California, defendant DANIEL PINTO knowingly possessed, without lawful authority, a means of identification that defendant PINTO knew belonged to another person, specifically, the name of victim J.W., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count One of this Indictment.

COUNT THREE

[18 U.S.C. § 1029(a)(4)]

On or about August 1, 2018, in Los Angeles County, within the Central District of California, defendant DANIEL PINTO, knowingly and with intent to defraud, had control and custody of, and possessed, device-making equipment (as defined in Title 18, United States Code, Section 1029(e)(6)), namely, a Deftun Bluetooth MSR X6 credit card reader-writer-encoder, with said control, custody, and possession affecting interstate and foreign commerce.

FORFEITURE ALLEGATION

[18 U.S.C. §§ 982 and 1029]

1.  Pursuant to Rule 32.3(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982(a)(2)(b) and 1029, in the event of defendant's conviction of any of the offenses set forth in Counts One or Three of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense;

(b)  Any personal property used or intended to be used to commit the offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the

1  court; (d) has been substantially diminished in value; or (e) has

2  been commingled with other property that cannot be divided without

3  difficulty.

4

5                                  A TRUE BILL

6                                      /S/

7                                  Foreperson

8  TRACY L. WILKISON
    Acting United States Attorney

9

10

11  SCOTT M. GARRINGER
    Assistant United States Attorney

12  Chief, Criminal Division

13  JOSHUA O. MAUSNER
    Assistant United States Attorney

14  Deputy Chief, General Crimes
    Section

15

16  SUSAN S. HAR
    Assistant United States Attorney
    General Crimes Section

17

18

19

20

21

22

23

24

25

26

27

28